UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
OCT 10 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CURTIS ALFORD and JANA STOWERS, | ) ) ) |
| Defendants. | ) ) |

**4:18CR00831 CDP/SPM**

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about June 16, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**CURTIS ALFORD and
JANA STOWERS,**

the Defendants herein, aiding and abetting each other, together with persons known and unknown to the Grand Jury, with intent to cause death and serious bodily harm, did take and attempt to take from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a 2015 Ford F-150 truck, VIN # 1FTEX1EP5FFC91842, that had been transported in interstate commerce, resulting in the death of Michael Arnold.

In violation of Title 18, United States Code, Sections 2119(3) and 2.

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
PAUL J. D'AGROSA #36966MO
Assistant United States Attorney